UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


CARMEN DOUGLAS

                                            CIVIL ACTION

VERSUS

                                            NO. 07-93-FJP-SCR

JOHN E. POTTER, POSTMASTER
GENERAL, UNITED STATES POSTAL
SERVICE


<u>**JUDGMENT**</u>

     For the written reasons assigned:

     IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the defendant John E. Potter, Postmaster General, United States Postal Service, and against the plaintiff Carmen Douglas, dismissing all federal claims in this suit with prejudice.

     Baton Rouge, Louisiana, May 29, 2008.

                              _____
                              FRANK J. POLOZOLA
                              MIDDLE DISTRICT OF LOUISIANA


Doc#45207